IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 PM 2:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MARTHA OWENS, as next friend of IDA TAYLOR, deceased, and on behalf of the wrongful death beneficiaries of IDA TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> KINDRED HEALTHCARE SERVICES, INC.; KINDRED HEALTHCARE OPERATING, INC.; KINDRED NURSING CENTERS LIMITED PARTNERSHIP d/b/a SPRING GATE REHABILITATION AND HEALTHCARE CENTER; RENEE B. TUTOR, in her capacity as Administrator of SPRING GATE REHABILITATION AND HEALTHCARE CENTER; DEBORAH ANNE HANSBROUGH, in her capacity as Administrator of SPRING GATE REHABILITATION AND HEALTHCARE CENTER; and ANGELA KAY MCCOLLOUGH, in her capacity as Administrator of SPRING GATE REHABILITATION AND HEALTHCARE CENTER, <br><br> Defendants. | NO. 2:04-cv-02928-JDB-dkv |

**ORDER GRANTING DEFENDANTS' MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUESTS TO PRODUCE**

On Motion of Defendants, and for good cause shown, it is hereby,

**ORDERED, ADJUDGED AND DECREED** that Defendants' Motion for Additional Time to Respond to Plaintiff's First Set of Interrogatories and First Requests to Produce is **GRANTED.**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/13/05

08452_00/0455/CAD-000022_1

Defendants are, therefore, entitled to an additional forty-five (45) days from the date Plaintiff mailed her First Set of Interrogatories and First Request to Produce to respond to Plaintiff's written discovery demands.

**ENTERED** this 7th day of June, 2005.

_Diane K. Vescovo_
~~Hon. J. Daniel Breen~~
U.S. Magistrate Judge

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

*Jacob C. Parker w/ permission*
F. Laurens Brock, BPR No. 017666
Jacob C. Parker, BPR No. 023993
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402
Telephone No.: (423) 756-3000
Facsimile No.: (423) 265-9574

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been delivered to all counsel for parties in this cause by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope as follows:

>Cameron C. Jehl, Esq.
>Wilkes & McHugh, P.A.
>425 W. Capitol Avenue, Suite 2500
>Little Rock, Arkansas  72201

This ___3___ day of ___June___, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02928 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Jacob C. Parker
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Honorable J. Breen
US DISTRICT COURT