IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -8 PM 4: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MARTHA OWENS, as next friend of IDA TAYLOR, deceased, and on behalf of the wrongful death beneficiaries of IDA TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>KINDRED HEALTHCARE SERVICES, INC.; KINDRED HEALTHCARE OPERATING, INC.; KINDRED NURSING CENTERS LIMITED PARTNERSHIP d/b/a SPRING GATE REHABILITATION AND HEALTHCARE CENTER; RENEE' B. TUTOR, in her capacity as Administrator of SPRING GATE REHABILITATION AND HEALTHCARE CENTER; DEBORAH ANNE HANSBROUGH, in her capacity as Administrator of SPRING GATE REHABILITATION AND HEALTHCARE CENTER; and ANGELA KAYE MCCOLLOUGH, in her capacity as Administrator of SPRING GATE REHABILITATION AND HEALTHCARE CENTER<br><br>Defendants. | NO. 2:04-cv-02928-JDB-dkv<br>Jury Demanded |

## ORDER GRANTING DEFENDANTS' MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL REQUESTS FOR PRODUCTION OF DOCUMENTS

On Motion of Defendants, and for good cause shown, it is hereby, **ORDERED,**

**ADJUDGED and DECREED** that Defendants' Motion for Additional Time to Respond to

Plaintiff's Supplemental Requests for Production of Documents is **GRANTED.**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-11-05

08452_00/0455/LSC-000499_1

35

Defendants are, therefore, entitled to an additional forty-five (45) days, over and above the thirty (30) days provided by the *Federal Rules of Civil Procedure*, to respond to Plaintiff's Supplemental Requests for Production of Documents.

**ENTERED** this ___8th___ day of ___July___, 2005.

_Diane K. Vescovo_
~~HON. J. DANIEL BREEN~~
U.S. Magistrate Judge

Respectfully submitted,

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: *Jacob C. Parker w/per SDB*
F. Laurens Brock, BPR No. 017666
Jacob C. Parker, BPR No. 023993
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402
Telephone No.: (423) 756-3000
Facsimile No.: (423) 265-9574

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been delivered to all counsel for parties in this cause by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope as follows:

> Cameron C. Jehl, Esq.
> Wilkes & McHugh, P.A.
> 425 W. Capitol Street, Suite 2500
> Little Rock, Arkansas 72201

This 1 day of July, 2005.

[signature]

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02928 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Jacob C. Parker
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Honorable J. Breen
US DISTRICT COURT